IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES DOUGLAS WERON
Reg #41051-074                                                                           PLAINTIFF

v.                      Case No. 2:11-cv-16-DPM

T.C. OUTLAW,
Warden, FCI-Forrest City, AR                                                 DEFENDANT

ORDER

The Court has reviewed United States Magistrate Judge Jerry W. Cavaneau's Proposed Findings and Recommended Disposition—to which James Weron objected. After a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Cavaneau's proposal, *Document No. 4*, as its own. Weron's petition for writ of habeas corpus is dismissed without prejudice for want of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2011